**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| In re: KHAMLA SIHABOUTH and MANYSAY SIHABOUTH, <br><br> Debtors, <br> _____ <br><br> KHAMLA SIHABOUTH and MANYSAY SIHABOUTH, <br><br> Appellants, <br><br> v. <br><br> BANK OF NEW YORK MELLON CORP., FKA The Bank of New York, As Trustee For Certificate holders Of CWALT, Inc., Alternative Loan Trust 2006-0C6, Mortgage Pass-Through Certificates, Series 2006-0C6, <br><br> Appellee. | No.   14-60046 <br><br> BAP No. 13-1378 <br><br><br> MEMORANDUM[*] |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Kurtz, Jury, and Taylor, Bankruptcy Judges, Presiding

Argued and Submitted July 5, 2016

_____

   [*]   This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

San Francisco, California

Before: BERZON, and N.R. SMITH, Circuit Judges, and ZOUHARY,[**] District Judge.

The judgment of the Bankruptcy Appellate Panel is **AFFIRMED** for the reasons set forth in its July 2, 2014 Memorandum.

---

[**] The Honorable Jack Zouhary, United States District Judge for the Northern District of Ohio, sitting by designation.